**UNITED STATES of America, Appellee,**

v.

**Troy BROWN, III, Appellant.**

No. 05–1890.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 2, 2006.

Decided Feb. 8, 2006.

Patrick Edward Smrz, Boise, ID, pro se.

Lawrence Elton Long, Attorney General's Office, Pierre, SD, for Appellees.

Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

1. The Honorable Lawrence Piersol, Chief Judge, United States District Court for the District of South Dakota.

Troy Brown, III, U.S. Medical Center for Federal Prisoners, Springfield, MO, pro se.

N. Scott Rosenblum, Sr., Rosenblum & Schwartz, Clayton, MO, for Defendant–Appellant.

Before ARNOLD, BYE, and SMITH, Circuit Judges.

PER CURIAM.

Troy Brown, III pleaded guilty to using a communication facility to facilitate the possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 843(b). The district court[1] sentenced him to 48 months in prison and a year of supervised release. On appeal, Brown's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having reviewed the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no nonfrivolous issues for appeal. Brown entered a valid guilty plea that forecloses non-jurisdictional attacks on his conviction, *see United States v. Beck*, 250 F.3d 1163, 1166 (8th Cir.2001), and his plea agreement contains a valid appeal waiver that forecloses attacks on his sentence, *see United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.) (en banc), *cert. denied*, 540 U.S. 997, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003). Accordingly, we enforce the appeal waiver and dismiss this appeal.

Counsel's motions to supplement the record and to withdraw are granted.

---

1. The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.